# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

February 16, 2007

*By the Court:*

| | |
|---|---|
| JOHN S. BOCTOR, | ] Petition for Review of an |
| *Petitioner*, | ] Order of the Board of |
| | ] Immigration Appeals. |
| No. 05-2530 v. | ] |
| | ] |
| ALBERTO R. GONZALES, | ] No. A78-637-924 |
| *Respondent*. | ] |
| | ] |

Upon consideration of the **MOTION TO VACATE FOR LACK OF JURISDICTION**, filed on February 8, 2007, by counsel for the respondent,

**IT IS ORDERED** that the motion is **GRANTED**. The judgment of this court, dated January 24, 2007, is **VACATED** for lack of jurisdiction, and the opinion is **WITHDRAWN**.

We direct both counsel for the petitioner and counsel for the government to show cause within 14 days why they should not be sanctioned for their failure to inform us that the Board of Immigration Appeals had granted a motion to reopen in this case eight months before we issued our opinion.